No. 79–710. HONICKER *v.* HENDRIE ET AL. C. A. 6th Cir. Certiorari denied.

No. 79–718. VIGNOLA *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 79–724. CORTELLESSO ET AL. *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 79–736. SOUTH AFRICAN MARINE CORP., LTD. *v.* ELGIE & Co. C. A. 2d Cir. Certiorari denied.

No. 79–741. SAFEWAY TRAILS, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. D. C. Cir. Certiorari denied.

No. 79–745. CHENOWETH ET AL. *v.* NEVADA ET AL. C. A. 9th Cir. Certiorari denied.

No. 79–747. NAVAJO TRIBE OF INDIANS *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 79–748. GOLDMAN ET AL., TRUSTEES *v.* WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY. C. A. 4th Cir. Certiorari denied.

No. 79–749. BLANCO ET UX. *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 79–750. LIBERTY NATIONAL LIFE INSURANCE CO. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79–752. CERTIFIED MEATS, INC., ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 7th Cir. Certiorari denied.